| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DWIGHT HARRISON, §
　　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　　§
versus §　CIVIL ACTION NO. 1:07-CV-473
　　　　　　　　　　　　　　　§
NFL PLAYER BENEFITS, §
　　　　　　　　　　　　　　　§
　　　　　Defendant. §

## ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(A) and the Local Rules for the United States District Court, Eastern District of Texas, Appendix B, the Court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition of case-dispositive pretrial motions. Pending before the Court is the plaintiff's motion for a restraining order (#3).

On January 10, 2008, Judge Giblin issued a report and recommendation (#12) on the motion. He recommended that the Court deny the motion for a temporary restraining order.

The plaintiff objected to the report and recommendation by filing an "answer" to Judge Giblin's report (#17).

Pursuant to the plaintiff's objections and in accordance with 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of the magistrate judge's findings, the record, the relevant evidence, the specific objections, and the applicable law in this proceeding. After review, the Court finds that Judge Giblin's findings and recommendations should be accepted.

The Court **ORDERS** that the plaintiff's objections to the report are overruled. The magistrate judge's report and recommendation (#12) is **ADOPTED.** The Court **ORDERS** that the plaintiff's motion for a restraining order (#3) is **DENIED**.

SIGNED at Beaumont, Texas, this 14th day of February, 2008.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE